**Motion Granted and Order filed February 22, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-13-00146-CV
_____

## IN RE Y. GINA LISITSA AND LISITSA LAW CORPORATION, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-51599**

## ORDER

On February 22, 2013, relators filed a petition for writ of mandamus.  *See* Tex. Gov't Code Ann. § 22.221.  Relators ask this Court to order The Honorable Joseph J. Halbach, Jr., Judge of the 333rd District Court of Harris County, Texas, to vacate his order dated February 20, 2013, entered in trial court cause number 2011-51599, styled *Florina Flit v. Y. Gina Lisitsa and Lisitsa Law Corporation.* Relators claim the trial court abused its discretion in denying defendant's  motion for protection of Bank of America records.  Relators also filed an emergency motion to stay.

It appears from the facts stated in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10. The motion is granted.

We therefore ORDER that the February 20, 2013 order of the court below be stayed in trial court cause number 2011-51599, styled *Florina Flit v. Y. Gina Lisitsa and Lisitsa Law Corporation.* Such order is stayed until final decision by this Court of relator's petition for writ of mandamus, or until further orders of this Court.

Real party in interest, Florina Flit, is requested to file a response to the petition for writ of mandamus within ten (10) days of the date of this order.

PER CURIAM

Panel consists of Justices Christopher and McCally (Jamison, J. not participating).